(PC) Gutierrez v. Butler et al                                                                                                          Doc. 7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE GUTIERREZ,

        Plaintiff,                    No. CIV S-06-2684 LKK EFB P

      vs.

D. K. BUTLER,

        Defendants.          ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel *in forma pauperis* in an action against prison officials for civil rights violations. *See* 28 U.S.C. § 1915(a). This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1). Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a). Plaintiff has been assessed an initial payment of $9.30. Thereafter, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust account. 28 U.S.C. § 1915(b)(2). The agency having custody of plaintiff is required to forward payments from plaintiff's account to the Clerk of the Court each time the amount in the account exceeds $10 until the filing fee is paid.

////

////

Dockets.Justia.com

1     The Clerk of the Court shall serve a copy of this notice and a copy of plaintiff's *in forma*
2 *pauperis* application upon the Director of the California Department of Corrections and
3 Rehabilitation and deliver a copy of this notice to the Clerk's financial division.
4     So ordered.
5 Dated: December 12, 2006.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE