IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE GUTIERREZ,

      Plaintiff,                    No. CIV S-06-2684 LKK EFB P

   vs.

D.K. BUTLER, et al.,

      Defendants.           <u>ORDER</u>

_____/

      On January 8, 2007, plaintiff requested an extension of time to file an amended complaint pursuant to the court's order filed December 12, 2006.  *See* Fed. R. Civ. P. 6(b).  On January 16, 2007, he filed an amended complaint.

      Plaintiff's January 8, 2007, request is granted and plaintiff's January 16, 2007, amended complaint is accepted as timely.

      So ordered.

Dated:  February 23, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE