IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE GUTIERREZ,

      Plaintiff,                    No. CIV S-06-2684 LKK EFB P

      vs.

D. K. BUTLER, Warden, et al.,

      Defendants.             FINDINGS AND RECOMMENDATIONS

_____/

      Plaintiff is a state prisoner proceeding without counsel in a civil rights action. *See* 42 U.S.C. 1983.

      On March 14, 2007, the court dismissed plaintiff's claims against defendants D. K. Butler, R. Clayton, Lt. T. Steele, Sgt. D. Zaniroli, J. Pitts and J. Olson and his defective claim against Lt. Vickrey pursuant to 28 U.S.C. § 1915A, with leave to amend. The court informed plaintiff that he could proceed with his cognizable claims against defendant Lt. Vickrey by submitting materials for service within 20 days, but the court would construe his election to do so as consent to dismissal of his claims against defendants D. K. Butler, R. Clayton, Lt. T. Steele, Sgt. D. Zaniroli, J. Pitts and J. Olson, and his defective claim against Lt. Vickrey without leave to amend.

////

1  On April 6, 2007, plaintiff submitted materials for service of defendant Lt. Vickrey.

2  The court finds plaintiff has consented to dismissal of claims against defendants D. K. Butler, R. Clayton, Lt. T. Steele, Sgt. D. Zaniroli, J. Pitts and J. Olson, and his defective claim against Vickrey without leave to amend.

Accordingly, it is hereby recommended that claims against defendants D. K. Butler, R. Clayton, Lt. T. Steele, Sgt. D. Zaniroli, J. Pitts and J. Olson, and his defective claim against Vickrey be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 27, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE