IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE GUTIERREZ,

      Plaintiff,                        No. CIV S-06-2684 LKK EFB P

    vs.

D. K. BUTLER, Warden, et al.,

      Defendants.            ORDER
_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve his opposition to defendant Vickery's motion to dismiss. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's July 23, 2007, request is granted and plaintiff has 30 days from the date this order is served to file and serve his opposition to defendant Vickery's July 5, 2007, motion to dismiss.

      So ordered.

Dated: July 24, 2007.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE